**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JEROME ROMAN,

       Plaintiff,      17 **CIVIL** 2697 (ALC)

   -against-         **JUDGMENT**

THE CITY OF NEW YORK, et al.,
       Defendants.
-------------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 29, 2020, Judge Netburn's Report is adopted in its entirety; accordingly, Defendants' motion for summary judgment is granted.

**Dated:** New York, New York
    March 30, 2020

                      **RUBY J. KRAJICK**
                      _____
                       **Clerk of Court**
            **BY:**
                  _____
                     **Deputy Clerk**